Tenzer-Fuchs v. Buy and Sell Fitness, L.L.C.  Index № 21-CV-04938 (GRB-SIL)

NEW YORK STATE SUPREME COURT
COUNTY OF NASSAU
-------------------------------------------------------------------X Index № 2:21-cv-04938
MICHELLE TENZER FUCHS
                              Plaintiff(s)        **ANSWER**

                    *-against-*

BUY AND SELL FITNESS, L.L.C.
                              Defendant(s)    Hon. Steven I. Locke
-------------------------------------------------------------------X Hon. Gary R. Brown, MG

Defendant BUY AND SELL FITNESS, L.L.C., by and through it's attorney, Marshal Shichtman & Associates, P.C., hereby submits the instant Answer and Counterclaims to the Complaint:

1. Denies the allegations made in paragraph one of the complaint, dated September 1, 2001 ("Complaint").

2. Denies information sufficient to form an opinion or belief as to the contents of paragraph two.

3. Denies the allegations made in paragraph three, four, and five.

4. Denies the allegations made in paragraph six through 10, regarding jurisdiction and venue.

5. Neither admits nor denies the allegations made in paragraphs 11 through 23, inclusive of subparagraphs A-Q.

6. Admits the allegations contained in paragraphs 24 through 26.

7. Denies the allegations contained in paragraph 27.

8. Denies information sufficient to form an opinion or belief as to the allegations contained in paragraphs 28 through 39.

9. Denies the allegations contained in paragraph 40 and 41.

10. Denies information sufficient to form an information and belief as to the contents of paragraph 42.

11. Denies the contents of paragraphs 43, inclusive of subparts A through C, and 44.

12. Neither admits nor denies the contents contained in paragraph 45.

13. Denies the contents of paragraph 46, inclusive of subparts A through F, and 47.

14. Neither admits nor denies the allegations contained in paragraph 48.

15. Denies the allegations contained in paragraph 49.

16. Denies the allegations contained in paragraphs 50 through 56.

17. In answering the allegations contained in paragraph 57 of the Complaint, repeats and realleges the answers and denials contained in paragraphs 1 through 16 hereof as if the same were more fully set forth herein.

18. Neither admits nor denies the allegations contained in paragraphs 58 through 61.

19. Denies the allegations contained in paragraphs 62 through 64.

20. In answering the allegations contained in paragraph 65 of the Complaint, the defendant repeats and realleges the answers and denials contained in paragraphs 1 through 19 herein.

21. Neither admits nor denies the allegations contained in paragraph 66 and 67.

22. Denies the allegations contained in paragraphs 68 and 69.

23. Neither admits nor denies the allegations contained in paragraphs 70 and 71.

24. Neither admits nor denies, and denies, the allegations contained in paragraph 72.

25. Denies the allegations contained in paragraph 73, inclusive of subparts A through C, and 74 through 80.

26. In answering the allegations contained in paragraph 81 of the Complaint, the defendant repeats and realleges the answers and denials contained in paragraphs 1 through 25 herein.

27. Neither admits nor denies the allegations contained in paragraphs 82 and 83.

28. Denies the allegations contained in paragraphs 84 through 86, 87, inclusive of subparts A through C, and 88 through 92, inclusive of subparts A through H, and 93.

29. In answering the allegations contained in paragraph 94 of the Complaint, the defendant repeats and realleges the answers and denials contained in paragraphs 1 through 28 herein.

30. Denies the allegations contained in paragraph 95.

31. Admits the allegations contained in paragraph 96.

**As and for a first separate complete affirmative defense**

32. The Complaint and all allegations therein failed to state a claim upon which relief can be granted.

### As and for a second separate and complete affirmative defense

33. The Court lacks jurisdiction over the defendant herein.

### AS AND FOR A THIRD SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

34. The claims herein are barred based upon unclean hands on the basis that plaintiff is not entitled to equitable relief herein.

### AS AND FOR A FOURTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

35. Plaintiff is estopped from asserting its claims based upon the failure to exhaust administrative remedies.

36. According to public records, plaintiff and her counsel have commenced a substantial amount of similar lawsuits, no less than 87, including but not limited to the following:

### Michelle Tenzer-Fuchs is a plaintiff in 87 cases.

   36.1.   2:20-cv-03075-JMA-SIL Tenzer-Fuchs v. Bijora, Inc.   filed 07/09/20   closed 11/04/20
   36.2.   2:20-cv-03076-JS-ST    Tenzer-Fuchs v. Stitch Fix, Inc. filed 07/09/20   closed 11/03/20
   36.3.   2:20-cv-03077-GRB-AYS   Tenzer-Fuchs v. Vita-Mix Corporation   filed 07/09/20   closed 11/09/20

Case 2:21-cv-04938-KAM-AKT   Document 7   Filed 10/29/21   Page 5 of 15 PageID #: 41

Tenzer-Fuchs v. Buy and Sell Fitness, L.L.C.                    Index № 21-CV-04938 (GRB-SIL)

36.4.   2:20-cv-03148-JMA-ST  Tenzer-Fuchs v. Unilever United States, Inc.   filed 07/15/20   closed 01/12/21

36.5.   2:20-cv-03149-GRB-ARL   Tenzer-Fuchs v. JWH Holdings, LLC   filed 07/15/20   closed 09/14/20

36.6.   2:20-cv-03150-JMA-SIL  Tenzer-Fuchs v. Colonel Littleton, Ltd, Inc.   filed 07/15/20   closed 01/19/21

36.7.   2:20-cv-03151-JS-ARL   Tenzer-Fuchs v. Gordon Brush Mfg. Co., Inc.   filed 07/15/20   closed 09/11/20

36.8.   2:20-cv-03552-SJF-ARL Tenzer-Fuchs v. Sleep Number Corporation   filed 08/06/20   closed 12/15/20

36.9.   2:20-cv-03599-BMC   Tenzer-Fuchs v. Snow Teeth Whitening, LLC   filed 08/10/20   closed 11/03/20

36.10.   2:20-cv-03669-JS-AKT   Tenzer-Fuchs v. SuperMe, LLC   filed 08/13/20   closed 11/20/20

36.11.   2:20-cv-03704-GRB-ST  Tenzer-Fuchs v. Tri-Star Products, Inc   filed 08/14/20   closed 10/20/20

36.12.   2:20-cv-03706-JS-ST   Tenzer-Fuchs v. Angel Brinks Fashion, LLC   filed 08/14/20   closed 03/12/21

36.13.   2:20-cv-03734-JMA-ARL   Tenzer-Fuchs v. Sleeping Well, LLC   filed 08/17/20   closed 01/27/21

36.14.   2:20-cv-03742-AMD-ST   Tenzer-Fuchs v. Live Tinted, Inc   filed 08/17/20   closed 12/07/20

Tenzer-Fuchs v. Buy and Sell Fitness, L.L.C.                    Index № 21-CV-04938 (GRB-SIL)

Page 5 of 15

36.15.   2:20-cv-03801-GRB-ARL     Tenzer-Fuchs v. DACM Digital, LLC    filed 08/19/20   closed 03/15/21

36.16.   2:20-cv-03803-WFK-ARL     Tenzer-Fuchs v. Dr. Squatch, Inc    filed 08/19/20   closed 10/27/20

36.17.   2:20-cv-03822-SJF-ST     Tenzer-Fuchs v. Cot'n Wash, Inc    filed 08/20/20   closed 09/25/20

36.18.   2:20-cv-03823-JMA-AYS     Tenzer-Fuchs v. Blade Mobile Air Mobility, Inc    filed 08/20/20   closed 03/01/21

36.19.   2:20-cv-03873-JMA-ST     Tenzer-Fuchs v. Princess Polly USA, Inc    filed 08/21/20   closed 02/18/21

36.20.   2:20-cv-03917-SJF-ARL     Tenzer-Fuchs v. Kitchen Kapers, Inc    filed 08/24/20   closed 11/02/20

36.21.   2:20-cv-04029-JMA-ARL     Tenzer-Fuchs v. Miele, Incorporated    filed 08/28/20   closed 02/19/21

36.22.   2:20-cv-04030-BMC     Tenzer-Fuchs v. Electrolux Home Products, Inc.    filed 08/28/20   closed 10/21/20

36.23.   2:20-cv-04031-SJF-ARL     Tenzer-Fuchs v. Fisher & Paykel Appliances, Inc.   filed 08/28/20   closed 01/21/21

36.24.   2:20-cv-04032-JS-AKT     Tenzer-Fuchs v. Franke Kitchen System, LLC    filed 08/28/20   closed 12/18/20

36.25.   2:20-cv-04112-JMA-AYS     Tenzer-Fuchs v. SixThreeZero Bicycle Company, LLC   filed 09/02/20   closed 12/02/20

36.26.   2:2O-cv-04113-GRB-ST         Tenzer-Fuchs v. Specialized Bicycle Components, Inc. filed 09/02/20   closed 11/05/20

36.27.   2:20-cv-04114-NGG-AYS        Tenzer-Fuchs v. Huffy Corporation filed 09/02/20

36.28.   2:20-cv-04115-SJF-ST         Tenzer-Fuchs v. Dorel U.S.A., Inc. filed 09/02/20   closed 01/11/21

36.29.   2:20-cv-04384-SJF-ARL        Tenzer-Fuchs v. BMG Rights Management (US) LLC   filed 09/18/20   closed 01/04/21

36.30.   2:20-cv-04385-WFK-AKT        Tenzer-Fuchs v. Custommade, Inc. filed 09/18/20   closed 01/19/21

36.31.   2:20-cv-04386-JS-ARL         Tenzer-Fuchs v. Lindblad Expeditions, LLC filed 09/18/20   closed 11/12/20

36.32.   2:20-cv-04841-RRM-AYS        Tenzer-Fuchs v. The Beard Club, Inc.   filed 10/08/20   closed 10/14/20

36.33.   2:20-cv-04849-JS-AKT         Tenzer-Fuchs v. BA Sports Nutrition, LLC    filed 10/08/20   closed 02/19/21

36.34.   2:20-cv-04850-ENV-AKT        Tenzer-Fuchs v. Harry's.com, Inc. filed 10/08/20   closed 12/17/20

36.35.   2:20-cv-05065-SJF-AKT        Tenzer-Fuchs v. Sublease Exchange.com, Inc.      filed 10/21/20   closed 02/08/21

36.36.   2:20-cv-05066-FB-ARL         Tenzer-Fuchs v. Swapalease, Inc filed 10/21/20   closed 02/11/21

36.37.   2:20-cv-05384-RRM-AKT   Tenzer-Fuchs v. The Proctor & Gamble Company   filed 11/05/20   closed 06/24/21

36.38.   2:20-cv-05385-JMA-ARL   Tenzer-Fuchs v. Babbel, Inc.   filed 11/05/20   closed 03/03/21

36.39.   2:20-cv-05386-DG-SIL   Tenzer-Fuchs v. Disney DTC, LLC   filed 11/05/20   closed 04/21/21

36.40.   2:20-cv-05388-NGG-JMW   Tenzer-Fuchs v. Freestyle Brands, LLC   filed 11/06/20   closed 05/24/21

36.41.   2:20-cv-05708-EK-AKT   Tenzer-Fuchs v. VF Jeanswear, LP   filed 11/23/20   closed 05/17/21

36.42.   2:20-cv-05908-SJF-ST   Tenzer-Fuchs v. Rugs.com, LLC   filed 12/04/20   closed 02/25/21

36.43.   2:20-cv-06286-SJF-ARL   Tenzer-Fuchs v. OddityMall   filed 12/28/20   closed 03/17/21

36.44.   2:20-cv-06287-JMA-ST   Tenzer-Fuchs v. Joseph Enterprises, Inc.   filed 12/28/20   closed 07/23/21

36.45.   2:21-cv-01116-FB-ARL   Tenzer-Fuchs v. E.L.F Cosmetics, Inc.   filed 03/02/21   closed 10/18/21

36.46.   2:21-cv-01120-JMA-JMW   Tenzer-Fuchs v. Fred Meyer Jewelers, Inc   filed 03/02/21

36.47.   2:21-cv-01121-JMA-AKT   Tenzer-Fuchs v. Baggallini, Inc.   filed 03/02/21   closed 05/05/21

36.48.   2:21-cv-01123-SJF-JMW   Tenzer-Fuchs v. Pier 1 Imports Online, Inc.   filed 03/02/21   closed 06/01/21

36.49.   2:21-cv-01124-JMA-AKT   Tenzer-Fuchs v. Monster Worldwide, Inc.   filed 03/02/21   closed 05/17/21

36.50.   2:21-cv-01176-GRB-AYS   Tenzer-Fuchs v. CarGurus, Inc.   filed 03/05/21   closed 06/03/21

36.51.   2:21-cv-01177-JMA-AYS   Tenzer-Fuchs v. Eleven Australia North America, Inc.   filed 03/05/21   closed 03/09/21

36.52.   2:21-cv-01178-SJF-AKT   Tenzer-Fuchs v. Alan Furman & Co., Inc.   filed 03/05/21   closed 04/26/21

36.53.   2:21-cv-01179-JMA-AYS   Tenzer-Fuchs v. Temp-tations, LLC   filed 03/05/21   closed 09/23/21

36.54.   2:21-cv-01336-JS-ARL   Tenzer-Fuchs v. Newgh, LLC   filed 03/12/21   closed 08/02/21

36.55.   2:21-cv-01338-JS-ARL   Tenzer-Fuchs v. Lily Silk Bedding, Inc   filed 03/12/21   closed 07/16/21

36.56.   2:21-cv-01425-JS-JMW   Tenzer-Fuchs v. Ammonita, Inc.   filed 03/17/21   closed 06/21/21

36.57.   2:21-cv-01445-AMD-ST   Tenzer-Fuchs v. Paul Miller Auto Group, LLCfiled 03/18/21   closed 07/26/21

36.58.   2:21-cv-01446-JS-AKT   Tenzer-Fuchs v. Kellogg Company   filed 03/18/21   closed 06/23/21

36.59.   2:21-cv-01785-GRB-ST        Tenzer-Fuchs v. Maplebear, Inc. filed 04/01/21   closed 06/22/21

36.60.   2:21-cv-01913-SJF-ARL       Tenzer-Fuchs v. Vrai & Oro, LLC filed 04/09/21   closed 06/16/21

36.61.   2:21-cv-01914-ARR-SIL       Tenzer-Fuchs v. Rare Carat, Inc. filed 04/09/21

36.62.   2:21-cv-01915-GRB-AKT       Tenzer-Fuchs v. Four Mine, Inc. filed 04/09/21   closed 07/06/21

36.63.   2:21-cv-02064-JS-SIL        Tenzer-Fuchs v. Nestle Waters North America Holdings, Inc   filed 04/15/21   closed 07/23/21

36.64.   2:21-cv-02065-JS-ARL        Tenzer-Fuchs v. Cettire, Inc.   filed 04/15/21   closed 08/09/21

36.65.   2:21-cv-02066-GRB-ST        Tenzer-Fuchs v. Mindvalley, Inc. filed 04/15/21   closed 08/20/21

36.66.   2:21-cv-02067-BMC           Tenzer-Fuchs v. Obvious Wines, LLC filed 04/15/21   closed 06/09/21

36.67.   2:21-cv-02237-JMA-AKT       Tenzer-Fuchs v. Eredi Pisano USA, Inc.   filed 04/22/21   closed 08/05/21

36.68.   2:21-cv-02487-GRB-JMW       Tenzer-Fuchs v. Bloom Nutrition, LLC   filed 05/04/21

36.69.   2:21-cv-02488-JS-SIL   Tenzer-Fuchs v. Kalahari Resorts, LLC filed 05/04/21

36.70.   2:21-cv-02576-GRB-SIL        Tenzer-Fuchs v. Forbidden Planet IP Holdings, LLC   filed 05/07/21   closed 09/02/21

36.71.   2:21-cv-02577-GRB-SIL        Tenzer-Fuchs v. Mattel, Inc.   filed 05/07/21   closed 07/08/21

36.72.   2:21-cv-02578-ARR-AYS        Tenzer-Fuchs v. WineAccess, Inc.   filed 05/07/21   closed 08/13/21

36.73.   2:21-cv-02580-JMA-SIL        Tenzer-Fuchs v. Wine Chateau Marketplace, LLC filed 05/07/21   closed 09/17/21

36.74.   2:21-cv-02889-GRB-SIL        Tenzer-Fuchs v. Beall's, Inc.   filed 05/21/21   closed 10/12/21

36.75.   2:21-cv-03047-GRB-JMW        Tenzer-Fuchs v. TrueCar, Inc. filed 05/28/21   closed 06/30/21

36.76.   2:21-cv-03048-AMD-AKT        Tenzer-Fuchs v. Symbiome, Inc.   filed 05/28/21   closed 09/10/21

36.77.   2:21-cv-03051-JMA-SIL        Tenzer-Fuchs v. CarSoup of Minnesota, Inc.   filed 05/28/21   closed 08/26/21

36.78.   2:21-cv-03291-GRB-ARL        Tenzer-Fuchs v. HoneyLove Sculptwear, Inc.  filed 06/11/21   closed 09/29/21

36.79.   2:21-cv-03337-ARR-JMW        Tenzer-Fuchs v. ZenB US, Inc. filed 06/14/21   closed 09/09/21

36.80.   2:21-cv-03454-JS-ST          Tenzer-Fuchs v. Globallab Corp.   filed 06/18/21   closed 10/12/21

36.81.    2:21-cv-03731-JMA-ARL     Tenzer-Fuchs v. Mango Stand, LLC filed 07/02/21

36.82.    2:21-cv-03732-JMA-ST     Tenzer-Fuchs v. Uzid LLC    filed 07/02/21   closed 10/01/21

36.83.    2:21-cv-04936-JS-ST     Tenzer-Fuchs v. BH Cosmetics, LLC filed 09/01/21

36.84.    2:21-cv-04937-JS-AYS     Tenzer-Fuchs v. Lux Skin Lab, LLC filed 09/01/21   closed 10/25/21

36.85.    2:21-cv-04938-KAM-AKT     Tenzer-Fuchs v. Buy and Sell Fitness, LLC     filed 09/01/21

36.86.    2:21-cv-04939-ENV-JMW     Tenzer-Fuchs v. Do Vitamins, Inc. filed 09/01/21

36.87.    2:21-cv-04941-BMC     Tenzer-Fuchs v. Jaguar Land Rover North America, LLC     filed 09/01/21

37. Prior to the commencement of the lawsuit herein, Plaintiff made no effort to try to address the issues or attempt to resolve the issues in good faith.

38. Instead, Plaintiff and her counsel elected to commence this class action lawsuit, apparently solely as a means improperly to force Defendant to pay claimed damages to Plaintiff, with a resultant fee to Plaintiffs counsel.

### As and for a FIRST COUNTERCLAIM

### For Abuse of Process

Tenzer-Fuchs v. Buy and Sell Fitness, L.L.C.　　　　　　　　　　Index № 21-CV-04938 (GRB-SIL)

39. Defendant repeats and realleges each and every allegation contained in paragraphs 36 through 38, inclusive of subparts 36.1 through 36.87 as if the same have been more fully set forth herein.

40. The failure of Plaintiff and her counsel to act in good faith and related attempts to try to force various defendants to pay damages, under the circumstances where Plaintiff and her counsel apparently have engaged in this type of conduct multiple times before, constitutes an abuse of process.

41. The elements of abuse of process are: i) regularly issued process, either civil or criminal, ii) an intent to do harm without excuse or justification, and iii) use of the process in a perverted manner to obtain a collateral objective.

42. Plaintiff has commenced 87 litigations, in this jurisdiction alone. It is respectfully put to the Court, how many people on this earth have commenced 87 litigations in their personal capacity.

43. Under information and belief, Plaintiff, and her counsel, have developed a side hustle as professional litigants.

44. Plaintiff has commenced 87 litigations, which meets the regularly issued process element. Plaintiff has shamelessly used Federal laws to protect and assist the disabled as a pretext and sham justification to enrich herself, and counsel, regarding products the Plaintiff may or may not actually use. And lastly, have used this quasi-legal business line to enrich themselves by forcing economic settlements. Thereby, Plaintiff has abused process.

Tenzer-Fuchs v. Buy and Sell Fitness, L.L.C.            Index № 21-CV-04938 (GRB-SIL)

45.     As a result, Defendant has been damaged in an amount to be determined and requests that punitive damages also be assessed against Plaintiff and her counsel.

## As and for a SECOND COUNTERCLAIM

## For Malicious Prosecution

46.     Defendant repeats and realleges each and every allegation contained in paragraphs 36 through 45, inclusive of subparts 36.1 through 36.87 as if the same have been more fully set forth herein.

47.     To state a cause of action for malicious prosecution, the movant must demonstrate that the respondent initiated or prosecuted an action or proceeding against him which ended in the movant's favor and which was entirely lacking in probable cause and motivated by malice. Where the prosecution was civil in nature rather than criminal, there must be further proof that the plaintiff suffered some special injury. Special injury, in condensed sum and substance, is interference with personal or property rights.

48.     In the instant case, the Plaintiff instituted the instant litigation, number 85 on the list of 87, where the Plaintiff sustained no damages, and did not even plead that the Plaintiff sustained actual damages, and under information and belief, was maliciously motivated by greed. The special damages are interference with the Defendant's property rights, namely the Defendant's website, which is property.

49. As a result, Defendant has been damaged in an amount to be determined and requests that punitive damages also be assessed against Plaintiff and her counsel.

Dated: Friday, October 29, 2021
Carle Place, New York

Marshal Shichtman & Associates, P.C.

*Marshal Shichtman, Esq.*
By: Marshal Shichtman, Esq.
*Counsel for Defendant Buy and Sell Fitness, L.L.C.*
1 Old Country Road
Suite 360
Carle Place, New York 11514
Tel    (516) 741-5222

**Distribution List:**

Jonathan Shalom, Esq.
*Counsel for Plaintiff Michelle Tenzer-Fuchs*
105-13 Metropolitan Avenue
Forest Hills, New York 11375
Tel:    (718) 971-9474
Email:    Jonathan@ShalomLawNY.com